**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IDRIELLE BROWN** | **CIVIL ACTION** |
| **VERSUS** | |
| **WADE HILL, ET AL.** | **NO. 23-514-JWD-RLB** |

<u>**ORDER**</u>

      **CONSIDERING** the foregoing *Consent Motion to Stay Proceedings* filed by Defendant, **Wade Hill**:

      **IT IS ORDERED** that the motion is hereby ***GRANTED,*** and this matter be temporarily stayed and administratively closed pending the resolution of the associated criminal matter. Once the criminal proceeding is resolved, counsel shall file a written motion to reopen this proceeding.

      Signed in Baton Rouge, Louisiana, on <u>July 17, 2024</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**